IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIE JUNIOR McCASKILL, II,   )
                               )
            Plaintiff,         )
                               )
      v.                       )    CIVIL NO. 1:05CV536
                               )
DEPARTMENT OF THE ARMY,        )
FRANCIS J. HARVEY,             )
Secretary of the Army,         )
                               )
            Defendant.         )

ORDER and JUDGMENT

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED that Defendant's motion to dismiss [Doc. #7] is **DENIED**.

IT IS ORDERED AND ADJUDGED that Defendant's alternate motion for summary judgment [Doc. #7] is **GRANTED**, and this action is hereby **DISMISSED** with prejudice.

/s/ Frank W. Bullock, Jr.
United States District Judge

February 8, 2006